GARY ORDELL RHOADS, Appellant, v. SHERIFF, CLARK COUNTY, NEVADA, Respondent.

No. 7152

April 26, 1973                    509 P.2d 287

*James L. Buchanan II,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City, *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Appellant, charged with first degree arson, a felony under NRS 205.010, contends the trial court erred in failing to grant habeas because there was insufficient evidence adduced at the preliminary hearing to establish probable cause. The record before us reflects that the state met its burden of showing probable cause that the offense was committed and that appellant committed it. NRS 171.206. See O'Briant v. State, 72 Nev. 100, 295 P.2d 396 (1956).

Affirmed.